# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 DEC -5 P 1:43

DEPUTY CLERK RAN

Plaintiff: Linda Nguyen

v.

Civil Action No. 3-16CV-3365L

Defendant: Motel 6 / Jim Amorosia / G6 hospatility LLC
Stephen A. Schwarzman / Blackstone group LP

### COMPLAINT

Violation of privacy, Illegal search, Damage of property and discrimination

* Attach additional pages as needed.

Date: 12-05-16
Signature: Linda Nguyen
Print Name: Linda Nguyen
Address: 1833 N Josey ln apt C
City, State, Zip: Carrollton, TX, 75006
Telephone: 469-346-9671 or 214-881-4430

**Subject:** Re:
**From:** Lindsay Nguyen <lindsaynguyenln15@gmail.com>
**Date:** Fri, 25 Nov 2016 13:05:57 -0600
**To:** usa3112@fedex.com

On Nov 25, 2016 12:45 PM, "Lindsay Nguyen" <lindsaynguyenln15@gmail.com> wrote:

United States District Courts For The Northern District of Texas

Complaint : Violation Of Privacy, Illegal search, Damage of Property and Discrimination .

To The Honorable Federal Court System :

My name is Linda Nguyen,
from November 03-2016 to
November 15-2016 , I checked into Motel 6 located at 4325 Beltline Rd, Addison Tx 75001 . On November 03, 2016 I was placed in room 137 at Motel 6 .

On November 9th 2016 I left my room around 12 o'clock noon and when I returned to my room around 2 o'clock which was about two hours later, all of my property was missing .

I went to the office to inquire about my missing property and I was informed by the manager Ms. Sheila that I did not pay for my reservation.

I explained to Ms. Sheila that I already paid for my reservation the night before on 11/08/2016 at midnight . I paid the night clerk Mr. Jeremy working the night shift for the next two nights . My payment was in the Motel 6 system for the amount of $101.68 paid for November 09 2016 until November 11 2016.

When one of the employee reached me my bags and said she was sorry , The manager Ms. Sheila told the employee, she had no reason to be sorry.

I searched my bag and all of my important documents were out of order, balled up and wrinkled.

I filed a complaint with the Corporate office on the day the incident took place which was November 09-2016. On November 10 2016 at 4:11 p.m. I received an email from Ms. Luana Stephens at the Motel 6 Corporate office personally apologizing on behalf of the manager Ms. Shelia but Ms. Shelia never did apologize to me personally.

i continued to rent room 137 until November 15-2016 . When i went to the office around 11:30 am to book the room for two more days, Ms. Sheila went into the office and called another

manager Ms. Sabrina, as they were laughing, they told me i could no longer rent at Motel 6.

I called corporate office and they refused to do anything about the situation. They just took another complaint. The corporate office said I could rent at any other motel 6 hotels but they couldn't do anything to get me off the do not rent list at the Motel 6 located at 4325 Beltline Rd, Addison Tx 75001.

The Motel 6 employees committed crimes against me which includes, Violations of privacy, Illegal searched, Damaged property and Discrimination.

They illegally searched my bags, damaged important papers, kicked me off the property and ruined my reputation as a loyal customer because I filed a complaint against the employees at the Motel 6.

The end of my school semester ended on November 20, 2016 but i was distracted from my education because of the incident which took place at Motel 6 on November 9th 2016.

I am a student at El Centro college, so far i maintain a 4.0 GPA in Associates of Science. I study full time to keep my grades up. Unfortunately I can not afford to pay the Court cost and Attorney fees because I do not have a job at the moment.

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

3-16CV-3365L

**(b)** County of Residence of First Listed Plaintiff   Linda Nguyen
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Jim Amorosia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED
RW
DEC - 5 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   Linda Nguyen   DOCKET NUMBER

DATE
12-05-16

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE